# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO NAÑEZ, | ) | |
| | ) | Case No. 23-cv-03162 |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Sara L. Ellis |
| VICTOR SWITSKI, JAMES HANRAHAN, | ) | Magistrate Judge Gabriel Fuentes |
| LEROY ALMANZA, MARJORIE O'DEA, | ) | |
| THOMAS JONES, DANIEL | ) | |
| CENTRACCHIO, JAMES CAPESIUS, | ) | |
| TONY JIN, MARK SCHEITHAUER, | ) | |
| ROBERT GALL, JACK LUMSDEN, JOEL | ) | |
| LEIGHTON, THE CITY OF CHICAGO, | ) | |
| and UNKNOWN EMPLOYEES OF THE | ) | |
| CITY OF CHICAGO | ) | |
| | ) | |
| *Defendants.* | | |

## **PLAINTIFF'S NOTICE OF FILING**

Plaintiff Francisco Nañez, by and through his counsel, LOEVY & LOEVY, provides the following Notice of Filing:

1. Plaintiff Nañez provides notice to this Court that yesterday the Parties filed a joint motion to consolidate for discovery in a companion case styled *Galvan v. Switski, et al.*, No. 1:23-cv-03158 (N.D. Ill.), which is pending in front of the Honorable Matthew Kennelly. A copy of the motion to consolidate is attached hereto as Exhibit A. The motion was filed in *Galvan* as it is the lowest numbered case. *Id.* at ¶3.

2. Plaintiff also notifies the court that Plaintiff Arthur Almendarez, who filed a companion case styled *Almendarez v. Switski*, No. 1:23-cv-03165 (N.D. Ill.), pending in front of Judge Lindsay Jenkins, joined the motion to consolidate.

Respectfully submitted,

**FRANCISCO NAÑEZ**

 /s/ Heather Lewis Donnell
*One of the Attorneys for Plaintiff Nañez*

Jon Loevy
Roshna Bala Keen
Heather Lewis Donnell
Josh Tepfer
Lauren Carbajal
LOEVY & LOEVY
Heather Lewis Donnell
311 N. Aberdeen, 3 Floor
Chicago, Illinois 60607
(312) 243-5900